IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:08CR352
                              )
      v.                      )
                              )
JOSE ELI LOPEZ-RENTERIA,      )        ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 16).  The Court notes a written waiver of speedy trial will be filed.  Accordingly,

IT IS ORDERED that the motion is granted; trial is rescheduled for:

**Wednesday, December 10, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  To give the parties time to pursue plea negotiations and because of the schedule of the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 27, 2008, and December 10, 2008, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court